**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000356
06-FEB-2020
07:54 AM**

NO. CAAP-17-0000356

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


SHIRLEY O. GUZMAN, Plaintiff-Appellant,
v.
CIT BANK, N.A. formerly known as ONEWEST BANK, FSB;
FEDERAL NATIONAL MORTGAGE ASSOCIATION; RICHARD A. GILLETTE;
ELIZABETH K. GILLETTE; PETER J. LANDON;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(Civil No. 16-1-0405(1))

ORDER APPROVING THE STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Ginoza, Chief Judge, Leonard and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice, filed February 3, 2020, by Defendants-Appellees CIT Bank N.A. formerly known as Onewest Bank N.A., formerly known as Onewest Bank, FSB, and Federal National Mortgage Association, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, February 6, 2020.

Chief Judge

Associate Judge

Associate Judge